1  Brittany Rogers (SBN 274432)
2  brogers@omm.com
3  Nancy Lynn Schroeder (SBN 280207)
   nschroeder@omm.com
4  O'MELVENY & MYERS LLP
5  400 South Hope Street, 18th Floor
   Los Angeles, CA 90071
6  P: (213) 430-6000
7
8  [Additional Counsel listed on Signature Pages]
9
10 *Counsel for Plaintiffs*
11
12           **UNITED STATES DISTRICT COURT**
13           **CENTRAL DISTRICT OF CALIFORNIA**
14
15 JAMES TYSON, LENKA JOHN, and          Case No.  5:23-cv-01539 TJH (KKx)
16 NOEL HARNER, individuals; SOCAL
   TRASH ARMY, an unincorporated         **DECLARATION OF NOEL**
17 association;                          **HARNER, DATED MAY 23, 2023**
18
19         Plaintiffs
20 vs.
21 CITY OF SAN BERNARDINO, a
   municipal entity; DOES 1-20,
22
23         Defendant(s).
24
25
26
27
28

## Declaration of Noel Harner

I, Noel Harner, hereby declare:

1. I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2. I have a physical impairment resulting from the amputation of part of my left leg, which substantially limits one or more major life activity. This condition affects my mobility, and I rely on a hand-powered wheelchair to get around.

3. I am an unhoused resident of the City of San Bernardino. Starting in approximately the first week of November 2022, I began living at Perris Hill Park, in the City of San Bernardino.

4. Perris Hill Park provided relative safety as compared to other areas in the City. It has many flat paths that connect to sidewalks that allowed my wheelchair to roll on an even surface. Multiple service providers distributed food and other forms of aid to unhoused people in the park. The park is nearby to food stores, public transportation, and it has multiple shade trees. There is also a senior center in the park, where I access services.

5. On or about May 8, 2023, representatives from the City of San Bernardino came and informed me and other individuals staying in Perris Hill Park that the park would be closed for fifteen days starting May 15, 2023. On or about May 11, 2023, I saw signs posted on trees in the park by the City of San Bernardino, which stated that the park would be closed starting May 15, 2023. The signs indicated that I would need to vacate the park on May 15, 2023.

6. On the morning of May 15, 2023, City of San Bernardino employees arrived and informed me that I would need to vacate. Police also arrived at the park, but they did not speak with me. The City employees did not provide any assistance following the instructions to vacate the park. I was not told where I

could go.

7. Due to my disability and limited financial means, I was not able to find or maintain temporary housing after Perris Hill Park was closed.

8. I requested a Reasonable Accommodation from the City of San Bernardino regarding the closure of Perris Hill Park and my resulting displacement.

9. I requested the following accommodations: Assistance with packing and transporting personal property; Medically appropriate transportation of myself to alternate location; Relocation to a wheelchair-accessible location; Placement in a non-congregate setting such as a motel; Storage for my personal property.

10. A true and correct copy of my Reasonable Accommodation request is attached as Exhibit 1.

11. A representative of the ACLU of Southern California helped me to submit this request to the City.

12. Two City of San Bernardino employees arrived shortly after I submitted my Reasonable Accommodation request. They offered me a one-week hotel voucher for a room at the Super 8 Motel. The City did not provide any assistance with packing and transporting personal property.

13. I relied on a friend to transport me and my belongings to the motel. If I did not have access to my friend's transportation, I would likely have needed to make at least 5 trips on the local bus to transport myself and my belongings to the Motel. I do not know whether it would have been feasible to get to the hotel without my friend.

14. I arrived at the motel in the afternoon, on May 15, 2023, and I remained there for one week. On Monday May 22, 2023, my voucher expired, and I had to leave the hotel.

15. I had nowhere to go when the voucher expired. Perris Hill Park was still closed, so I could not go back to the location where I felt safest.

16. The City did not provide any information on where I could go after the voucher expired.

17. The same friend who drove me to the hotel was able to pick me up and drop me back off nearby Perris Hill Park.

18. Since I have nowhere else to go, I am now staying in a tent along the side of Perris Hill Park Road. My tent is right next to the road, which is very loud. There is no pedestrian walkway or sidewalk. My current living situation makes me feel unsafe.

19. In my new location, I rely heavily on my friend to push my wheelchair, otherwise it gets stuck in the dirt. The rocks and dirt are so soft where I am staying that I cannot easily move my wheelchair. Without my friend's assistance, I would need to crawl and pull my wheelchair into a busy street to leave where my tent is located.

20. Since there is no sidewalk, to go anywhere by myself I need to get out of my wheelchair, crawl across the ground, lift myself onto the curb, and move my wheelchair into the road. I then must either repeat this process on the opposite side of the road, where there is a sidewalk, or move my wheelchair in the road.

21. With me at my current location, I have my tent, bedding, food, wheelchair, and other belongings that help me survive outside. Without these items, I would not have shelter from the elements, and my life would be much more difficult and dangerous.

22. I have not heard anything further from the City regarding my accommodation request. I have never heard anything from the City after seeing those two staff members in the park, and I was never provided with contact information for anyone at the City.

23. The City's failure to accommodate me has made my life more difficult. I am now stuck on the side of the road with no place to go. Due to my physical disability, it is difficult to leave my current location. I worry that the City

will again force me to relocate with all my belongings, which is very difficult for me due to my disability, or it will take and destroy anything I have to momentarily leave behind.

    I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this __31__ day of __July__ 2023, in San Bernardino, California.

_Noel Harner_ (signature)

Noel Harner