Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>Defendant(s). | Case No. 5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF KRISTEN MALABY, DATED AUGUST 8, 2023** |

## Declaration of Kristen Malaby

I, Kristen Malaby hereby declare:

1. I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2. In July of 2020, I co-founded an organization called SoCal Trash Army (STA), along with other community volunteers. STA is a volunteer-run, grassroots, non-profit unincorporated association that focuses on social injustices, food insecurity, environmental preservation, and the unhoused people of the Inland Empire.

3. Our initial goal in creating the organization was to clean up trash from the natural environment in and around San Bernardino. We held our first cleanup in July of 2020, and there were twelve volunteers in attendance. Since our first cleanup event, hundreds of volunteers have helped at various events. At a recent cleanup event in late July, 2023, approximately 60 people showed up to volunteer.

4. During STA's first community cleanups, our volunteers began encountering multiple unhoused people and talked with them about the challenges they faced. As a result of these and similar experiences working in the community, we expanded the organization's mission to provide aid to unhoused community members and people living in poverty throughout the region.

5. We hosted our first mutual aid event focused on providing food to unhoused and low-income community members on Thanksgiving of 2020. At that event, we provided meals to hundreds of people. Following that event, we began conducting regular food distributions to unhoused and other low-income community members in January of 2021.

6. During our regular food distributions, other volunteers and I learned that unhoused people regularly had their property unlawfully seized and thrown away by the City. In response, we began helping people replace the items the City

had destroyed.

7. We have replaced at least 50 tents, 50-70 tarps, and hundreds of clothing items and shoes after the City destroyed these items. We have also replaced medical supplies and walkers destroyed by the City after disabled individuals were unable to move their property in compliance with City orders due to their disabilities. We have also spent volunteer time and resources towards assisting unhoused individuals with replacing their driver's licenses after the City seized and discarded these essential documents.

8. Multiple disabled individuals we help have been forced to move themselves and all their belongings out of their established encampments. This is difficult or impossible for many people with disabilities. STA's volunteers spend at least an additional 20 minutes to one hour per week searching for individuals we are assisting who have been displaced. This has taken up our volunteer time, causes us to drive more to look for our clients, and causes us to spend more money on gas and car maintenance.

9. It is especially difficult for us to find people with disabilities who have been displaced by the City. Many individuals with mobility impairments have had to seek refuge in areas like ravines, washes, or riverbeds near the parks where they previously lived. These areas are more difficult for STA to access and locate.

10. Along with other STA volunteers, I have helped individuals with disabilities move themselves and their belongings to new locations in order to help them comply with city directives and avoid destruction of their property by the City.

11. If we were not forced to replace items destroyed by the City and provide assistance to people with disabilities who were pushed into remote areas by the City, we would be able to spend more time on our core mission and activities of organizing community cleanups and distributing food aid to low-income individuals and families.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 8th day of August, 2023, in San Bernardino, California.

_Kristen Malaby_