1  Brittany Rogers (SBN 274432)
2  brogers@omm.com
3  Nancy Lynn Schroeder (SBN 280207)
   nschroeder@omm.com
4  O'MELVENY & MYERS LLP
5  400 South Hope Street, 18th Floor
   Los Angeles, CA 90071
6  P: (213) 430-6000

7

8  [Additional Counsel listed on Signature Pages]

9

10 *Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>Plaintiffs<br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>Defendant(s). | Case No.  5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF LINDA CRUME, DATED JUNE 23, 2023** |

## Declaration of Linda Crume

I, Linda Crume, hereby declare:

1. I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2. I am 59 years old and an unhoused resident of the City of San Bernardino. I have been unhoused for around 20 years. While I was housed, I let two individuals stay in my apartment and due to their behaviors, I ended up being evicted.

3. While I have been unhoused, I have maintained several jobs – including working for a beauty shop, an ice cream shop, and a water store – but it has never been enough to rent an apartment.

4. Over the years, the City of San Bernardino has destroyed my personal property too many times to count. At times, I have lost my tent, clothing, my dog's leash and food, ID, Social Security card, birth certificate, and much more. I have never been offered services during any of these sweeps.

5. In one example, on July 29, 2022, I was given a 72-hour notice to vacate. On August 1, between 8 and 9 in the morning, city police and a Burrtec truck showed up and started throwing away my belongings without speaking. I walked up to police and he asked what I was doing. I stated that I was staying there as I had nowhere else to go. The officer said he could arrest me for trespassing, illegal camping, and illegal dumping.

6. In another example, on August 1, 2022, police and Burrtec threw away my dog's shoes I had just bought to keep their paws safe from the sidewalk, backpacks that I was fixing for a friend, tools, clothing, and food.

7. For a period of months from late 2022 until the middle of 2023, I did not have my personal property thrown away by the City. I believe that was because

1

1 the City changed their policy on encampment "clean ups."

2     8. However, on June 6, 2023, the City again came and threw away my property. They threw away my shopping cart with a 50-pound bag of dog food, a 5-pound bag of rice, my shoes, my extra blankets, and other personal items.

    9. The City's sweeps have made my life more difficult. I have wanted to go to job interviews in the past for jobs that would be more sustainable and make more money, but my clothing kept getting thrown away. I also have depression, and this has been exacerbated by constantly having to move and being in fear of having my belongings being taken away.

    10. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 23rd day of June, 2023, in San Bernardino, California.

_/s/ Linda Crume_____
Linda Crume