Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>　　　　　Plaintiffs<br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>　　　　　Defendant(s). | Case No. 5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF MONIKO SIMMONS, DATED JULY 7, 2023** |

**Declaration of Moniko Simmons**

I, Moniko Simmons, hereby declare:

1. I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2. I am an unhoused resident of the City of San Bernardino, the city where I was raised. I have been unhoused for over 20 years.

3. Earlier this year, I was living in Seccombe Lake Park. One day, a city-contracted cleanup crew came to the park, threw away my belongings, and I was forced to leave.

4. From that time until June 2023, I lived in a field just north of Seccombe Lake Park.

5. On or around June 20, I was not there when my personal belongings were thrown away. When I came back, all my belongings were gone, including my tent and high blood pressure medication. The unhoused residents who also lived in the field told me that they tried to retrieve my belongings for me, but the city-contracted cleanup crew and police did not allow them to do so.

6. I have rheumatoid arthritis, high blood pressure, and depression. Due to a prior injury, I have metal rods and pins in my left leg, which cause my leg to swell. My disability impacts my balance, makes it difficult for me to move my belongings, as I fall often.

7. After disposing of all the property in the area, it was clear to me that I could not return. Dozens of unhoused residents, myself included, found ourselves displaced with nowhere to go. We ended up staying on the sidewalk immediately adjacent to the field where we had been living, along 7th Street. In our new location, we have very little protection from the elements and many of us had lost our tents or tarps we needed to shelter ourselves.

8. This is the not the first time I have been displaced or had my items

1

destroyed by the City. This has been happening to me for years, frequently on Mondays. In the past, police officers have slashed through my tent and those of other residents, before throwing our tents away. In my experience, notice was inconsistent. Sometimes there would be a 72-hour warning before a "clean up," and sometimes there was not. The City has never offered to store my property. Along with irreplaceable, sentimental memorabilia, including a photograph of my parents who have passed, I have had at least 15 tents thrown away by city-contracted cleanup crews or police during "clean ups."

9. This makes me feel like I have nowhere to go. Even if I move to a new location as instructed by the City, I always end up getting displaced again and my property is never safe.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this seventh day of July, 2023, in San Bernardino, California.

*Moniko D Simmons* (signature)

Moniko Simmons