Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>　　　　　　Plaintiffs<br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>　　　　　　Defendant(s). | Case No.  5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF ANTHONY DAVIS, DATED JULY 7, 2023** |

## Declaration of Anthony Davis

I, Anthony Davis, hereby declare:

1. I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2. I am an unhoused resident of the City of San Bernardino. Due to my disability, I was no longer able to work as a firefighter and subsequently lost my housing. I estimate that I have been unhoused since 2019.

3. I have severe arthritis and seizures that substantially limit one or more major life activity. Some of the ways this condition affects my major life activity, are as follows: it is difficult for me to move myself and my property, and moving quickly causes me pain.

4. Prior to June 20, I had been staying in a field adjacent to Seccombe Lake Park.

5. Shortly before June 20, notices were posted in the field that indicated the City was planning to conduct a "clean up" in the field where I reside. The notices did not say that people would be unable to return to the field.

6. On or about June 20, a city-contracted clean up crew arrived at the park and told us we needed to move all of our stuff out of the park. As I began packing my things, the clean up crew told me to "hurry up."

7. Because of my disability, I was unable to move my property as quickly as requested. As a result, I lost my tent, papers, and irreplaceable sentimental items.

8. Previously, in 2022, a city-contracted clean up crew kicked us out of Seccombe Lake Park. They took my tent and other property, including my pet cat.

9. Since 2019, I have had my tent and other property confiscated by the city on at least ten occasions.

10. This situation has made me feel like I have no say in what happens to me or my property, and that I could lose what I have at any time.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this seventh day of July, 2023, in San Bernardino, California.

Anthony Davis