Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>Plaintiffs<br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>Defendant(s). | Case No.  5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF DAMIAN CASTANON, DATED AUGUST 15, 2022** |

**Declaration of Damian Castanon**

I, Damian Castanon, hereby declare:

1.      I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2.      I have been unhoused in the City of San Bernardino since December of 2021 after I lost my job. I have been staying primarily in the Eastern District of San Bernardino around Perris Park and Perris Hill East.

3.      Prior to becoming unhoused, I worked in public service jobs for most of my adult life. Growing up, I wanted to become a police officer and served in the Police Cadet Program from age 14 until 21. Since that time, I have worked in a police department, a school district, and served as a coach of youth soccer from 2012-2018.

4.      In early 2021, I lost my job after my wallet was stolen and my employer's human resources department could not verify my identification documents. I applied for several jobs and eventually was hired by Amazon for a job doing remote work from a laptop computer.

5.      In June of 2021, I was struggling to pay my rent and applied for California's COVID-19 Rent Relief program. However, my roommate learned that I was late on my rent and changed the locks, and even kept most of my belongings.

6.      After being locked out of my house, I had nowhere else to go. With no family or friends to stay with in the area, I started living outdoors.

7.      After becoming unhoused, I tried to continue working my job at Amazon, but it was difficult to work for various reasons. For example, I could not find reliable WiFi, and I struggled to find places to work for long periods of time. Another problem was that I had nowhere to store my belongings, and it was difficult to carry them around with me all the time. Ultimately, I lost my job.

8.      In June of 2022, I finally received approval for California's Rent

1

Relief program, but at that point it was too late.

9.     On June 13, 2022, an officer showed up at the location where I had been staying with about eight people in a lot behind a bakery at 1734 E Highland Ave. He stated that police would be back in one week for a sweep and that he would "hit it hard." He told everyone to leave the area. I was not given any written notice.

10.     The next day, June 14, 2022, a Sergeant whose name tag read "C. Gray" arrived at the scene with a city trash truck, a bulldozer, and city vehicles. I told the Sergeant that we were not expecting a sweep for another week. The Sergeant stated that the other officer was wrong and that he would be doing the sweep now. The Sergeant stated that we had 3 minutes to pick up all our things and get out of there, or else we would be arrested for trespassing. I asked the officer how we could be trespassing because it was an open area, and no signs were posted about trespassing. The officer said he could arrest me.

11.     The Sergeant stopped us soon after we had begun collecting our belongings and told us we had to leave because the bulldozer was costing $100 an hour. I told him that I thought we had three minutes. The officer told me to leave without collecting the rest of my belongings.

12.     I told the Sergeant that I had prescription HIV medication in my tent and I needed to grab it. He stated loudly in front of the group that I should have grabbed my HIV medication first thing. I asked him to be quieter for privacy reasons, but he would not. The Sergeant said it was too late and I could not grab it.

13.     The Sergeant then told us to vacate from the immediate area and said we would be arrested if we continued to collect any of our items. At the same time, many of the service workers had to leave to go to another area. The Sergeant had to call in new city workers.

14.     While he was waiting for the new workers to arrive, the Sergeant stood in front of our belongings and barred us from retrieving them. At one point,

the Sergeant left to go move his car and I went to retrieve one of my two carts. The Sergeant came back over and asked what I was doing. I explained that I had retrieved my cart containing my laptop for work. He said that the laptop had better be in there, and he asked me to show him the laptop or else I would be arrested. I showed him the laptop, and he finally let me keep that and the cart I had retrieved. It took approximately 45 minutes to an hour for the new city workers to arrive. I was unable to retrieve anything else during that time, including my second cart. No one else in the encampment was allowed to retrieve their belongings during this time either. Once the workers arrived, everything else was bulldozed and dumped into the white city trash trucks.

15.     I asked the Sergeant where I could retrieve my property and he responded that I could look at the city dump.

16.     During this sweep, I lost my HIV medication, groceries that I had just bought with my EBT card, a cell phone, a printer I used for work, photographs, a battery pack, clothing, my tent, and my mattress. I also lost a DMV Free ID Voucher, which a TAD county office employee later told me could not be replaced for another 90 days. This left me without an ID for three months.

17.     After the encampment had been bulldozed, the Sergeant approached a line of property belonging to myself and other residents that we had attempted to save from destruction. The property had been lined up single file across the street from the sweep, where we were temporarily storing it so it would not be destroyed. The Sergeant said our property was "abandoned" because it had been left alone briefly and that it would be thrown away. I asked the Sergeant to show me the law that allowed him to destroy abandoned property. Another resident told the Sergeant that we were waiting for a ride, which should be there within an hour, and that we would bring our property with us when we left. The Sergeant said the property better not be here in an hour, or else it would be considered trash. The Sergeant then turned his body camera toward himself and told us to consider this our three-

3

day notice for an encampment sweep the following week.

18.    After my property was destroyed, I did not have access to my prescription HIV medication for approximately two months because I had to get a new doctor's appointment and find transportation to the appointment, which took me a lot of time. During this time, I felt tired and physically drained nearly all the time. I often felt like I needed to take a nap. It also took longer for small cuts or wounds to heal.

19.    Later in the day on June 14, 2022, two other individuals and I decided to move the belongings we had left to a hillside called Parris Hill East, where we thought we would not bother anyone.

20.    On June 21, 2022, the same Sergeant came out to the hillside, along with a Burrtec truck. The Sergeant told us we had five minutes to gather our belongings. This time there was no advance notice of the sweep at all. I watched the Burrtec truck destroy everything two other residents owned. The truck contains a compactor, which crushes and destroys items thrown into it. I lost my food and clothing when they were thrown into the truck as well. The Sergeant said that if he saw any tents in his district going forward, he would go tent by tent and destroy them.

21.    On July 14, 2022, I received a Notice to Vacate scheduled for July 17, 2022, at 2:40PM. Subsequently, police officers came on July 19, 2022, with a Burrtec truck. My bed/mattress was thrown away, but I was able to save the rest of my property because I had started carrying most of my belongings in my backpack. I watched as they the workers threw away everything owned by the person living next to me, including his tarps, bedding, clothing, food, etc. All his belongings were crushed in the compactor truck.

22.    The repeated sweeps have made me feel hopeless and defeated at times. I would like to get a job and stable housing, but it has been difficult while living on the street. I regularly lose everything I own and have nowhere to store

4

1  what little I do have. Ultimately, my dream is to get back on my feet and start a

2  non-profit to help people like me who are unhoused and need assistance to get off

3  the street.

4      I declare under penalty of perjury under the laws of the State of California

5  and the United States that the foregoing is true and correct.  Executed this _15_ day

   of August, 2022, in San Bernardino, California.

6

7

8      Damian Castanon

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25