Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>Plaintiffs<br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>Defendant(s). | Case No.  5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF ANTHONY CAMPBELL, DATED AUGUST 8, 2022** |

**Declaration of Anthony Campbell**

I, Anthony Campbell, hereby declare:

1. I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2. I am an unhoused resident of the City of San Bernardino. I have been unhoused for about 6 years. I lost my job and girlfriend and ended up staying on the street. I am good with my hands and have done auto shop work, and have worked most of my life.

3. Over the past two years, I have been subjected to 6 or 7 sweeps. I have also watched many sweeps happen to my friends. Police and sanitation workers start the sweeps early in the morning and wake us up. I have lost nearly everything on multiple occasions, losing items such as IDs, my tent, hygiene supplies, my birth certificate, my driver's license, clothing, my mother's ring, food, water, and others belongings.

4. On or about July 25, 2022 at about 8AM, there was a sweep at Perris Hill Park. I did not receive any notice. There was one Burrtec truck, police, one trash truck, and a Parks and Recreation truck. The officer spoke on a loudspeaker with lights and a bullhorn in front of our tents and said that this was the police and whoever was in the tent needed to leave because they were trespassing. The workers immediately started throwing my things away into the garbage truck. I lost everything including my shoes, pants, hats, food, water, tent, a watch, earrings, and other belongings.

5. I have watched the police slash tents with a knife, step on our tents and belongings to break them, and I have watched my personal belongings being thrown away.

6. I have never been offered services during sweeps. I have never been told where my items could be found again. San Bernardino has also made life more

1

1 | difficult living in the park by shutting off access to water and to the restrooms.

2 |     7.    The sweeps have made my life more difficult. You have to worry about what they are going to do. You constantly have to watch your stuff so it does not get thrown away. It is difficult for me to get back on my feet. I want to work with my hands, start a trade, or work, but I keep having my stuff taken and keep having to start over from the beginning. It has affected my mental health; it really messes with me.

    I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 8th day of August, 2022, in San Bernardino, California.



Anthony Campbell

2