Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>                    Plaintiffs<br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>                    Defendant(s). | Case No.  5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF HELEN GIACONA, DATED AUGUST 8, 2022** |

**Declaration of Helen Giacona**

I, Helen Giacona, hereby declare:

1.      I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2.      I am an unhoused resident of the City of San Bernardino. I have been unhoused on and off for 12 years. Most recently, I lost my trailer when it was towed and impounded by Highland Police. I have been living outside ever since.

3.      I have been subjected to dozens of "sweeps."

4.      Items I have lost include tents, sleeping bags, cookware, clothing, my ID, food, wallet, phone, phone charger, blue tooth, backpack full of belongings. In multiple sweeps, I have lost nearly everything I owned.

5.      On July 29, 2022, I was given a 72-hour notice to vacate. On August 1, between 8 and 9 in the morning, police and a Burrtec truck showed up and started throwing away my belongings without speaking. I walked up to police and he asked what I was doing. I stated that I was staying there as I had nowhere else to go. The officer said he could arrest me for trespassing, illegal camping, and illegal dumping. I told him I was not illegally dumping anything and I asked him if the individuals walking on the path were trespassing. The officer said he could cite the other individuals too. I asked him why he thought he could arrest me.

6.      In my experience, there has been little or no notice of the sweeps. Sometimes I receive a 72-hour notice, and police will arrive the very next day. Sometimes they will arrive way after the 72-hours.

7.      The sweeps have made my life more difficult. It is hard to constantly replace my ID, which I need to obtain services. It makes me want to give up sometimes because we always have to start over again from scratch.

//

1

8.    I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 8th day of August, 2022, in San Bernardino, California.

Helen Giacona

Helen Giacona

2