Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>Plaintiffs<br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>Defendant(s). | Case No. 5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF JESSE SINOHUI, DATED AUGUST 8, 2022** |

**Declaration of Jesse Sinohui**

I, Jesse Sinohui, hereby declare:

1. I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2. I am an unhoused resident of the City of San Bernardino. I have been unhoused off and on for around eight years. I was going through a difficult time after losing my dad and my older brother, and my mom was diagnosed with cancer. At some point, I could no longer pay my rent and bills, and I was evicted.

3. For around six months, I have been staying around the riverbed area.

4. Police and sanitation workers have repeatedly thrown away my belongings during "sweeps," including tents, my ID, my birth certificate, my Social Security Card, food, clothing, water, hygiene products, and more. I estimate that I have been subjected to dozens of sweeps.

5. In my experience, the sweeps are unpredictable. I have been given 24-hour oral notices and 72-hour notices on paper. Sometimes there is no notice given.

6. On or about July 18, 2022, around 5 police officers showed up at my camp near Perris Park. They served us a 72-hour Notice to Vacate and told us that in the future, if they saw us camping, we would be arrested. The police picked up our tents one by one to look inside – damaging the tents and breaking the poles in the process. They threw some of our personal belongings – including a candle, a backpack, and electronics; I do not know why they did this.

7. The next day, on or about July 19, 2022, police came back to my camp. They broke my tent poles, threw my laptop against a tree, and they told us not to be here after the 72 hours had passed.

8. The sweeps have made my life more difficult. It gets harder and harder to get my documents replaced. It is hard enough just trying to survive outside and access food and water, and access basic hygiene. We cannot stock up

1

on food, and we can only carry what we absolutely need because we know that anything else will be destroyed.

9. In the past, I was diagnosed with a mental health condition, and I believe being subjected to the sweeps has worsened my mental health. I am more easily triggered than I used to be.

10. It feels disheartening to constantly be harassed by the police for just existing. I believe they target me based on the way I look. They look at my friends and I like we are the ash on a cigarette.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 8th day of August, 2022, in San Bernardino, California.

_____
Jesse Sinohui    8/8/22

2