1  Brittany Rogers (SBN 274432)
2  brogers@omm.com
   Nancy Lynn Schroeder (SBN 280207)
3  nschroeder@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street, 18th Floor
5  Los Angeles, CA 90071
6  P: (213) 430-6000

7

8  [Additional Counsel listed on Signature Pages]

9

10  *Counsel for Plaintiffs*

11

12              **UNITED STATES DISTRICT COURT**
13              **CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association; | Case No.  5:23-cv-01539 TJH (KKx) |
| | **DECLARATION OF TERRY RODRIGUEZ, DATED AUGUST 15, 2022** |
| Plaintiffs | |
| vs. | |
| CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20, | |
| Defendant(s). | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Declaration of Terry Rodriguez**

I, Terry Rodriguez, hereby declare:

1.      I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2.      I have been an unhoused resident of the City of San Bernardino for around five years. I was staying with family and I got kicked out the house and ended up living on the streets with my sister.

3.      I have seen or been subjected to around 15-20 sweeps in the past. Police and sanitation workers have taken belongings from my friends and me – including a barbeque, bikes, a stereo, a speaker, a Bluetooth, tents, shampoo, underwear, clothes, jewelry, and more. Sometimes, losing everything over and over again, makes me feel depressed and I want to give up.

4.      About two years ago, at around 4AM, I was woken up by police and Burrtec sanitation. Five other people and I were arrested and placed in a suburban cop car for camping in the park. I am not sure why I was arrested, but I was threatened a day earlier by police for not having a clean enough area. I thought I cleaned it well and everything was contained. However, they said it was not clean enough. I was booked and had to walk all the way back from CDC jail. When I returned, all my belongings were gone.

5.      A day earlier I had received a new kitten from a friend. The kitten had just gotten his shots and he was left in the tent when I was arrested. My entire tent was thrown in the dumpster with the kitten in it. My kitten was killed in the sweep.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 15th day of August, 2022 in San Bernardino, California.

_Terry Rodriguez_
Terry Rodriguez