Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>Plaintiffs<br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>Defendant(s). | Case No.  5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF DESHAWN GRANT, DATED JUNE 13, 2023** |

**Declaration of DeShawn Grant**

I, DeShawn Grant, hereby declare:

1. I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2. I am an unhoused resident of the City of San Bernardino. I have lived in San Bernardino since 2007.

3. I have long-term and acute injuries to my leg. This physical impairment substantially limits my ability to walk or to stand for long periods of time. If I stand for an extended period, my leg gets very swollen and sometimes leaks blood from the site of an old injury.

4. For the past 12 months or so, I have been staying at Wildwood Park.

5. Several friends and I help each other to stay safe. When my friends are having a problem, I do my best to help them. I also help to pick up litter around the area.

6. On more than one occasion, someone has yelled at me for being unhoused. Recently, a man stopped his truck and Wildwood Park and yelled at me and others in the park. This is one of the things that makes me feel vulnerable living outside, but I have no place else to go.

7. On or about May 22, 2023, I was told by City employees that my possessions had to be moved out of Wildwood Park.

8. Due to my disability, I was not able to move all my property as quickly as the City employees demanded.

9. I requested a Reasonable Accommodation from the City of San Bernardino related to the scheduled clean-up that day.

10. I requested the following accommodations: Medically appropriate transportation of myself to alternate location; Permission to remain in place due to difficulty moving my items.

11. A true and correct copy of my Reasonable Accommodation request is attached as Exhibit 1. A copy of this document was delivered to the City on May 22 by the ACLU of Southern California.

12. City employees moved nearly all my personal property from where it was located in the park and deposited it in the adjacent parking area. They did this by loading it onto the back of a flatbed truck, and then dumping it onto the parking lot. In the process, several items were lost or broken, including a ring and a smartwatch.

13. The City never responded to my Reasonable Accommodation request.

14. The City's failure to accommodate has made my life more difficult. During the clean-up, I was forced to stand for an extended period, causing my leg to get very swollen, and the site of a former leg injury leaked blood. Following this incident, it was difficult for me to walk. I also experienced extreme anxiety and it was difficult for me to sleep.

15. On Monday, June 12, city employees told me that I must leave the park by Friday, June 16, 2023

16. I feel scared because I do not know where to go to be safe.


I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 13th day of June, 2023, in San Bernardino, California.

DeShawn Grant