Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>　　　　Plaintiffs<br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>　　　　Defendant(s). | Case No.  5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF LELA BRAVO, DATED MAY 25, 2023** |

## Declaration of Lela Bravo

I, Lela Bravo, hereby declare:

1. I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2. I am currently an unhoused resident of the City of San Bernardino. I used to be a hospice nurse for many years, but I became unhoused after a serious medical emergency. I got into a sporting accident, which severely injured my hip. My hip was crushed and needed to be replaced. I needed surgery, but medical treatment was delayed due to the COVID pandemic.

3. After my injury, I lost my employment and eventually became unhoused. I have been unhoused in San Bernardino for approximately two months.

4. My physical disability substantially limits my ability to walk. I rely on a walker, and I cannot walk very far. I am frequently in extreme pain.

5. I currently receive social security and disability income, but it is not enough to afford a one bedroom or studio apartment in San Bernardino. I have tried to access services and housing, and I believe I am on the list for housing vouchers. I have tried calling 211, but that has not been very helpful.

6. I ended up staying in a tent in Perris Hill Park until I learned that the park would be closed on May 15, 2023. I decided to leave several days before the park closed, since it is very difficult for me to pack up my belongings and get ready for a move. I used my limited means to order an Uber to transport myself and my belongings to Meadowbrook Park in San Bernardino.

7. I did not know that Meadowbrook Park would also be closing on May 15, 2023. However, on that date, city employees told me to leave that park. I was still exhausted from having previously moved all of my belongings. I did not feel well that day, and I found it hard to move or walk. I was also in a lot of pain.

1

8.  I requested a Reasonable Accommodation from the City of San Bernardino related to the closure of Meadowbrook Park.

9.  I requested the following accommodations: Medically appropriate transportation of myself to alternate location; Permission to remain in place due to difficulty moving my items; Placement in a non-congregate setting such as a motel.

10. A true and correct copy of my Reasonable Accommodation request is attached as Exhibit 1.

11. A copy of this was delivered to the City virtually by the ACLU of Southern California.

12. At approximately 3:45pm on May 15, 2023, a city employee named Christian spoke to me. I believe this was in response to my reasonable accommodation request. He told me he would try to get me a hotel voucher for one week. I told him I was unable to get there on my own. He said he would look into transportation and assistance for me.

13. I did not hear anything from Christian after he left the park, so I called him. He told me something to the effect of, "I'm working on it." I told him that I would pack my belongings and get myself to the hotel if I could get a voucher. But, at that point, he was not even able to provide a voucher. He never ended up providing any resources, and I never heard from him again. I still have not heard anything further from the City regarding the accommodation request.

14. A park employee named David told me that I could move to an empty field near Nuñez Park. He said that I would be safe there and I would not be forced to leave. It was very difficult for me to pack up all my belongings. A friend helped me to get an Uber to the field near Nuñez Park.

15. When I arrived, I realized that it was far away from any resources. Big trucks pass by because there is a trucking company nearby. There are very few

people around, and there are no stores, restaurants, or other resources.

16. I have been staying here for over a week. When I first arrived, I could access water through the drinking fountains and water spigots in the park. However, someone shut off the water, and now I have no access to water. I have been very thirsty. Fortunately, two unhoused people have shared some of their food and water with me. I don't know what I would have done without their help.

17. The bathrooms have also been locked in the park with padlocks, so I have nowhere to access the restroom.

18. I have been very hungry since I arrived here. The food I brought with me lasted only around four days, and I ran out.

19. A city employee named David stopped by and told me he was there to check on me. I told him I had no access to food, water, or restrooms. He said that this spot was no different from the park where I was before. He did not offer to help me or tell me where to access basic necessities, including water. He just left.

20. I have been feeling sick and in extreme pain. It has been difficult for me to move, walk, or leave my tent. I feel stuck with nowhere to go.

21. The field has soft dirt with many holes which makes it difficult for me to move my walker, which frequently gets stuck.

22. This situation has made me feel very hurt. The city's actions have made my life much more difficult and unsafe, and they have provided no resources at all.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 25th day of May, 2023, in San Bernardino, California.

_____
Lela Bravo