Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>Defendant(s). | Case No. 5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF TINA COOK, DATED JUNE 16, 2023** |

## Declaration of Tina Cook

I, Tina Cook, hereby declare:

1. I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2. I am an unhoused resident of the City of San Bernardino. Earlier this year, I lost my job, and could no longer afford my home. With no place else to go, I began living on the street.

3. For most of the past several months, I have been staying at Wildwood Park.

4. I have tried calling 211 many times, but it has not been helpful. I have not been connected to any housing options or other resources.

5. As a single woman living outside, I feel vulnerable. I stay close to friends who help me to feel safe. We all help each other out.

6. I have congestive heart failure that substantially limits one or more major life activity. Due to my condition, I need to avoid heat and direct sunlight, and I cannot engage in strenuous physical activity. I also suffer from chest pains and shortness of breath in high-stress situations. When my condition gets bad, I sometimes need to be hospitalized.

7. Prior to May 22, I was in the hospital for three days receiving in-patient treatment for congestive heart failure.

8. I had been told that the City would be cleaning the park on May 22, and forcing unhoused people to move all their belongings.

9. On May 22, I checked myself out of the hospital against medical advice. I did this because I wanted to return to the park to protect my personal property and the property of a close friend living in the park.

10. When sanitation workers arrived, they told us to move all our property

1

out of the park.

11. A Public Works employee named David instructed us not to return to the park, and encouraged us to move to Nuñez Park. The sanitation employee also informed us that they planned to return to Wildwood Park every day until myself and others stopped residing in Wildwood Park.

12. Due to my disability, I was unable to transport myself or my property to Nuñez Park as instructed.

13. Due to my disability, I requested a Reasonable Accommodation from the City of San Bernardino.

14. I requested the following accommodations: Additional time to relocate; Assistance with packing and transporting personal property; Medically appropriate transportation of myself to alternate location; Relocation to a wheelchair-accessible location; Permission to remain in place due to difficulty moving my items; Placement in a non-congregate setting such as a motel; Relocation to location which allows me to remain with my Emotional Support Animal(s); Storage for my personal property.

15. A true and correct copy of my Reasonable Accommodation request is attached as Exhibit 1.

16. A copy of this was delivered to the City on May 22, 2023.

17. The city has not responded to my request for accommodation.

18. The City's failure to accommodate has made my life more difficult. Due to the physical and mental stress of moving my property, I suffered chest pains and shortness of breath. I was tired and in a lot of pain.

19. As of June 2, I have not heard anything further from the City regarding the accommodation request.

20. I am currently residing in Wildwood Park. Sanitation workers have informed park residents that they plan to conduct these clean ups daily starting on June 5. Residents at Wildwood were then told by police officers that they would

begin making arrests if people did not leave the park by June 5.

21. On Monday, June 12, city employees told me that I must leave the park by Friday, June 16, 2023

22. I am extremely anxious because I do not know where I can go to be safe. This situation has exacerbated my heart condition and leading to additional breathing difficulties and chest pains.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this  16  day of June, 2023, in San Bernardino, California.

*Tina Cook*

Tina Cook