Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>Plaintiffs<br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>Defendant(s). | Case No. 5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF JODY L. ISENBERG, DATED AUGUST 8, 2023** |

## Declaration of Jody L. Isenberg

I, Jody L. Isenberg, hereby declare:

1. I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2. I am an attorney admitted to the bar in the State of California. Since I retired from employment with the California State Court of Appeal in June of 2014, my license status is inactive.

3. I am a resident and homeowner in the City of San Bernardino and live in the Fourth City Council Ward.

4. In December of 2021 my husband and I befriended Tony Riley, an unhoused man who was then living in a tent in Wildwood Park in the City of San Bernardino.

5. Since December of 2021, I have given Mr. Riley multiple items he has needed to stay warm and dry while living outside, including three tents, two insulated and inflatable sleeping pads, two comforters, heavy wool hiking socks, a pair of insulated ski gloves, sweatpants, sweatshirts, a pair of shoes, a package of 6 athletic socks, a small plastic ice chest, and two plastic storage boxes with lids.

6. I have taken Mr. Riley on several occasions to do his laundry at a laundromat. As a result, I know that Tony had at least four blankets, several pairs of socks, two pairs of underwear, a pair of chino style pants, and several t-shirts, all of which he kept in his tent at Wildwood Park.

7. On Wednesday, February 8, 2023, around 10 a.m., Mr. Riley sent me a text message saying, "the city took my stuff." I went to Wildwood Park and found Tony sitting on the bleachers at the first baseball diamond east of the park entrance next to the spot where his tent had been and where he had lived since I first met him on December 2021. His tent was gone. According to Tony, people from the City of San Bernardino dragged his tent and all its contents to a nearby

1

trash truck and threw it all away.

8. I observed that Tony only had the clothes on his back and a small backpack. All his other belongings were gone.

9. I also observed other unhoused individuals in Wildwood Park were missing their belongings. I spoke with Tina Cook, Lorenzo Hadley, Deborah Bradley, and Jarell Moreno, all of whom I observed were missing personal belongings.

10. Tony and other individuals at the park told me their belongings were thrown away over their protest. Tony and other individuals appeared distressed. Another man who would not give me his name was crying because he had lost his personal belongings, including his tent. Based on my observations of Tony, I do not believe he would have consented to his items being thrown away. I know he relied in these items to stay warm and dry.

11. While I was at the park. I looked around for but did not find any notice advising people that the park would be cleaned on February 8, 2023. An unhoused woman in the park showed me where the park cleaning notices are usually posted, but there was nothing there when I looked.

12. Several individuals in the park conveyed that a man named David who works for the city came through the park with a Burrtec trash truck earlier that morning. David does regular park clean up sweeps for the city. Several people said that their personal property was thrown away in the trash truck.

13. I know the tent Mr. Riley was living in was in good condition when I last observed it on February 7, 2023. I also know that the tent contained all his personal belongings including his blankets, insulated sleeping pads, down comforters, shoes, and clothes.

14. To my knowledge, Tony Riley does not have financial resources of his own and has nowhere to live. Without his personal belongings, Tony Riley has no way to stay warm and dry, shade himself from the sun, and no place to go to get

2

out of the weather.

15. I have seen a notice signs that the City posts prior to "clean up" operations at unhoused encampments. This notice sign does not provide any notice that people's personal belongings will be permanently destroyed. A true and correct copy of a photograph I took of such a notice on May 15, 2023 is attached as Exhibit 1.

16. On May 15, 2023, I spent the day observing at both Perris Hill Park and Meadowbrook Park because I heard the City was closing these two parks where many unhoused people lived. I observed dozens of unhoused people trying to move all their belongings, and they appeared to have nowhere to go.

17. At Perris Hill Park, I observed a line of people and their belongings along Highland Blvd. They appeared to be people who had been displaced from the park. I did not observe any service workers, non-profits, or any resources from the City at the park to help these people.

18. At Meadowbrook Park, I also observed unhoused people packing their belongings and leaving the park. I did not observe any services, non-profits, or city employees there to offer any assistance to the people who were being forced to leave.

19. While at Meadowbrook Park, I met multiple unhoused people with disabilities, including James Tyson, Lela Bravo, Randy Young, Timothy Wilburn, and Lenka John. I observed that Mr. Tyson, Mr. Young, Mr. Wilburn, and Ms. John all relied on hand-powered wheelchairs. They appeared to be struggling to comply with the City's orders to move themselves and all their belongings. Ms. Bravo appeared very sick. I saw that she was lying down in her tent, and I observed a walker out in front of her tent. She told me that she was in a lot of pain. It appeared that she was physically unable to comply with the City's orders.

20. I helped these individuals to submit requests for reasonable disability accommodations from the City, which included assistance with moving their

belongings and additional time to relocate.

21. To my knowledge, the City did not respond to these individuals or provide them with any assistance.

22. I have visited the park following the closure, and I have observed that multiple people relocated into a ravine adjacent to the park. Entering or exiting this area requires traversing a steep slope. I have observed that Mr. Tyson and Mr. Butts have relocated into this area. I especially worry about Mr. Tyson living in this area because he relies on a wheelchair, and it seems like it must be very difficult for him to get in and out of his encampment.

23. I kept in touch with Ms. Bravo following her displacement from Meadowbrook Park. She told me she had nowhere to go, I had provided her with an Uber ride to go to Nunez Park because she told me that a city employee had given her a map of that area and told her to go there. I visited her a couple times while she was staying in the Nunez Park area. She struggled to walk there using her walker in the field because the terrain was not flat. There were no stores or services to which she could walk. When I showed up, she was very thirsty because there was no running water at the park. I brought her water and food. I subsequently worked with her and the County's HOPE team to help her find a placement suitable for her disability needs.

24. On the morning of May 22, 2023, I arrived at Wildwood Park because I was aware that the City had posted a "cleanup" notice for that day. When I arrived, residents of the park, including Tina Cook and DeShawn Grant, informed me that police had arrived that morning and loudly played the theme song from "Jeopardy." Residents also told me that a worker named David told them they needed to leave the park and that all of their property must be removed from the park or else it would be taken by the City.

25. Residents also told me they were also given instructions by the City to move to a field next to Nunez Park, and they showed me a sheet of paper showing

that location on a map.

26. While I was in Wildwood Park, I observed two trash trucks, employees of Burrtec, and at least one city employee at the park that morning.

27. I know that multiple people living in the park at that time, including Tina Cook, DeShawn Grant, Sherryl Wells, Roy Howard, Lorenzo Hadley, and Gladys Holloway, have disabilities that limit their mobility and other activities of daily living. I helped these individuals to submit reasonable accommodation requests to the City to request assistance and additional time to comply with the City's orders.

28. To my knowledge, the City never responded to these individuals' requests for accommodation.

29. I believe the City's actions have caused people to leave Wildwood Park. In February, I observed approximately a dozen people living in Wildwood Park. As of July, I only observed about three residents remaining in the park, until the city officially closed the park on July 17.

30. I have observed people who used to live in the parks relocating to nearby sidewalks and in the "wash," or the area around San Bernardino's flood control canals.

31. I am concerned because I have lost touch with individuals I knew and helped who lived in the park. I am worried about people with disabilities who are now exposed to the elements living in dusty, inaccessible, tucked away locations.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 8th day of August, 2023, in San Bernardino, California.

_Jody L. Isenberg_
Jody L. Isenberg