Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>　　　　　Plaintiffs<br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>　　　　　Defendant(s). | Case No.  5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF PEGGY SUE PRIETO, DATED MAY 23, 2023** |

## Declaration of Peggy Sue Prieto

I, Peggy Sue Prieto, hereby declare:

1. I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2. I am an unhoused resident of the City of San Bernardino. I became unhoused after my mother passed away because I had been living with her before her home was sold.

3. I have a physical impairment, which substantially limits one or more major life activity – limiting my mobility and ability to walk very far.

4. Since approximately the first week of November 2022 I have been staying at Perris Hill Park, in the City of San Bernardino.

5. On or about May 8, 2023, representatives from the City of San Bernardino came and informed me and other individuals staying in Perris Hill Park that the park would be closed for fifteen days starting May 15, 2023.

6. On the morning of May 15, 2023, City of San Bernardino employees members came to ask people to pack their belongings and vacate the park. The City employees did not offer any resources or assistance following the instructions to vacate the park. I was not told where I could go, and I did not have any other place to go.

7. Due to my disability and limited financial means, I was not able to find or maintain temporary housing after Perris Hill Park was closed.

8. I requested a Reasonable Accommodation from the City of San Bernardino regarding the closure of Perris Hill Park and my resulting displacement.

9. I requested the following accommodations: Assistance with packing and transporting personal property; Placement in a non-congregate setting such as

1  a motel; Storage for my personal property.

2  10.  A true and correct copy of my Reasonable Accommodation request is attached as Exhibit 1.

3  11.  A copy of this was delivered to the City via email by the ACLU of Southern California.

4  12.  Two city staff members arrived shortly after I submitted my Reasonable Accommodation request. They told me that they could provide a one-week voucher for a room at the Super 8 Motel. A city employee asked if we would be able to get there ourselves. My friend Noel responded that we could. Though, I was concerned about how we were going to get all of our belongings and ourselves to the hotel, given our disabilities.

5  13.  Fortunately, a friend was able to pick us up, along with our belongings, to take us to the hotel. I do not know how we would have been able to transport ourselves and our belongings if we did not have this connection.

6  14.  The City did not provide any assistance with packing and transporting personal property, so we were lucky that our friend provided this assistance.

7  15.  We arrived at the motel in the afternoon, on May 15, 2023.

8  16.  The hotel voucher did not allow me to remain housed for the total length of time that Perris Hill Park was closed. On Monday, May 22nd, my voucher expired, and I had to leave the hotel.

9  17.  Fortunately, the same friend who drove us to the hotel was able to pick us up and drop us back off near Perris Hill Park. I am now staying in a tent along the side of Perris Hill Park Road. My tent is right next to the road, which is very loud. There is no pedestrian walkway or sidewalk. It feels like the cars could crash right into us if there was an accident.

10  18.  The City's failure to fully accommodate has made my life more difficult. I am now stuck on the side of the road with no place to go.

11  19.  May 23, 2023, I have not heard anything further from the City

1 regarding my accommodation request. I never heard anything from the City after
2 seeing those two staff members in the park, and I was never provided with contact
3 information for anyone at the City.
4     I declare under penalty of perjury under the laws of the State of California
5 and the United States that the foregoing is true and correct. Executed this 23rd day
6 of May, 2023, in San Bernardino, California.

*[signature]*

Peggy Sue Prieto