Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>Plaintiffs<br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>Defendant(s). | Case No.  5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF ROSEMARY TIMMONS, DATED AUGUST 8, 2023** |

**Declaration of Rosemary Timmons**

I, Rosemary Timmons, hereby declare:

1.      I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2.      I am an unhoused resident in San Bernardino, living in the area of Meadowbrook Park.

3.      I am the caretaker for my cousin Latoya Bingham. She is also unhoused and she lives in the tent next to mine.

4.      Latoya is completely blind.

5.      I help Latoya to get around to the eye doctor, IEHP, and doctor's appointments. She holds onto my backpack and walks behind me to get around.

6.      After we were forced to move ourselves and our belongings out of Meadowbrook Park on May 15, 2023, we relocated into the ravine/wash next to the park.

7.      Living in the ravine is very difficult for Latoya because she cannot see. She fell three times on the rocks. She has fallen into water that is green under the bridge.

8.      On a date in late July or early August, a city crew seized and destroyed my property, as well as Latoya's property when we were in the park. They also destroyed my friend's property. I lost my tent, clothes, jacket, shoes, and sweats.

9.      The City has turned on the water to the area where we live. All of our clothes and belongings got soaked and smell like mildew.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 8th day of August, 2023, in San Bernardino, California.

<u>Rosemary Timmons</u> /signature attached below/

1

I, Rosemary Timmons, hereby declare:

1) I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2) I am an unhoused resident in San Bernardino, living in the area of Meadowbrook Park.

3) I am the caretaker for my cousin Latoya Bingham. She is also unhoused and she lives in the tent next to mine.

4) Latoya is completely blind.

5) I help Latoya to get around to the eye doctor, IEHP, and doctor's appointments. She holds onto my backpack and walks behind me to get around.

6) After we were forced to move ourselves and our belongings out of Meadowbrook Park

on May 15, 2023, we relocated into the ravine/wash next to the park.

7) Living in the ravine is very difficult for LaToya because she cannot see. She fell three times on the rocks. She has fallen into water that is green under the bridge.

8) On a date in late July or early August, a city crew seized ,and destroyed my property, as well as LaToya's property when we were in the park. They also destroyed my friends property. I lost my tent, clothes, jacket, shoes, and sweater.

9) The City has turned on the water to the area where we live. All of our clothes and belongings got soaked and smell like mildew.

10) I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct. Executed this 8th day of August, 2023, in San Bernardino, California

Rosemay hunons,
Rosemary Timmons