Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>Defendant(s). | Case No. 5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF JOSEPH GIACONA, DATED AUGUST 15, 2022** |

**Declaration of Joseph Giacona**

I, Joseph Giacona, hereby declare:

1. I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2. I am an unhoused resident of the City of San Bernardino. I have been unhoused for about six years. I became unhoused after a close family member passed away. I lost my job around this time.

3. Since I became unhoused, I have been staying around the area of the "wash."

4. I have been subjected to more sweeps than I can count. Police and sanitation workers have repeatedly thrown away my belongings during "sweeps," including my tents, blankets, clothing, phones, my ID, and nearly everything I own.

5. In my experience, many of the sweeps provided no notice at all. Sometimes, I have received 72-hour notices. Usually, when I receive a 72-hour notice, police and cleaning crews arrive only 1-2 days after the initial notice is given.

6. In the middle of 2020, during the pandemic, I was arrested for camping in the park in Perris Hill Park. I was woken up at 4:30 or 5am by police. They told another person in the camp that they had warned her previously about making a mess, and then they said they would be putting me under arrest. Police would not let me retrieve my shoes. Police filled up a van with multiple unhoused people who were taken under arrest – including me. I was jailed at CDC for around 8 hours. When I was released, I did not have any shoes. I had to walk back to the park with no shoes.

7. When I returned to the park, all my belongings had been taken. Other individuals told me that they had seen police and sanitation workers throw away all

1

my belongings – along with the belongings of the other arrestees.

8. The sweeps have made my life more difficult. Any time I make progress in my life, I am always pushed backward by the sweeps. I am always replacing the same belongings, over and over again. It is hard to maintain my hygiene and keep clean clothes. My blankets have been taken in the cold of winter. I am still trying to get my ID replaced that was taken from me in a recent sweep.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 15th day of August, 2022, in San Bernardino, California.

*Joseph Giacona* (signature)
Joseph Giacona