1  Brittany Rogers (SBN 274432)
2  brogers@omm.com
   Nancy Lynn Schroeder (SBN 280207)
3  nschroeder@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street, 18th Floor
5  Los Angeles, CA 90071
6  P: (213) 430-6000

7

8  [Additional Counsel listed on Signature Pages]

9

10  *Counsel for Plaintiffs*

11

12                **UNITED STATES DISTRICT COURT**
13              **CENTRAL DISTRICT OF CALIFORNIA**

14

15  | JAMES TYSON, LENKA JOHN, and | Case No.  5:23-cv-01539 TJH (KKx) |
    | NOEL HARNER, individuals; SOCAL | |
16  | TRASH ARMY, an unincorporated | **DECLARATION OF MELISSA** |
17  | association; | **OTTO, DATED AUGUST 8, 2022** |
18  | | |
19  |              Plaintiffs | |
    | vs. | |
20  | | |
21  | CITY OF SAN BERNARDINO, a | |
    | municipal entity; DOES 1-20, | |
22  | | |
23  |              Defendant(s). | |

24

25

26

27

28

**Declaration of Melissa Otto**

I, Melissa Otto, hereby declare:

1.     I am over the age of eighteen, and I make this declaration based on my own personal knowledge, except for matters stated on information and belief, and if called to testify I could and would do so competently as follows.

2.     I became unhoused about eight years ago after going through a serious domestic violence situation that I needed to escape. I did not have family or friends to stay with and ended up sleeping on the streets. After a few years, I left San Bernardino with a good friend and went to Mississippi. I was there for three years. During the pandemic, we both got COVID-19 and my friend passed away. I came back to San Bernardino, and I carried my friend's ashes in an urn in my backpack.

3.     For several months, I have been staying around Perris Hill Park.

4.     On July 15, 2022, I received a 72-hour Notice to Vacate from the City of San Bernardino. On July 18 at 8:00am, I was near my camp when an officer arrived with a garbage truck. He did not say anything and just started putting things into the truck. My first concern was my dogs because a San Bernardino Officer had threatened to take my dogs away in the past. I set my backpack down and secured my two dogs. While I was securing the dogs, the officer grabbed my backpack and threw it into the garbage truck.

5.     My backpack contained all my essential items. I lost my ID, Social Security Card, EBT card, and more. Most importantly, the backpack contained the urn with my friend's ashes. That item is irreplaceable.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 8th day of August, 2022, in San Bernardino, California.

Melissa Otto

1