Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000

[Additional Counsel listed on Signature Pages]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association;<br><br>　　　　　　Plaintiffs<br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>　　　　　　Defendant(s). | Case No. 5:23-cv-01539 TJH (KKx)<br><br>**DECLARATION OF CATHERINE ROGERS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION DATED AUGUST 9, 2023** |

I, Catherine Rogers, state as follows:

1. I am an attorney duly licensed in the State of California and am admitted to practice before this Court. I am a staff attorney at ACLU Foundation of Southern California, counsel for James Tyson, Lenka John, Noel Harner, and SoCal Trash Army ("Plaintiffs"). I have personal knowledge of the facts set forth below, and if, called upon, I could and would testify to the truth of the following.

2. Attached hereto as Exhibit 1 is a true and correct copy of a presentation titled "Quality of Life: Health and Safety/Encampment Clean-Ups", presented by Ernesto Salinas, Deputy Director of Operations & Maintenance for the City of San Bernardino at the June 30, 2023 Mayor and City Council Special Meeting. I accessed this document using the City of San Bernardino's public website at https://sanbernardino.primegov.com/public/committees (last visited August 7, 2023).

3. Attached hereto as Exhibit 2 is a true and correct copy of City of San Bernardino Resolution No. 2016-10, Resolution of the Mayor and Common Council of the City of San Bernardino Approving a Ten-Year Agreement with Burrtec Waste Industries, Inc. to Provide Refuse and Recycling, Street Sweeping and Right-of-Way Clean-Up Services to the City. I accessed this document using the City's public website at https://sanbernardino.primegov.com/Portal/viewer?id=2456&type=2 (last visited Aug. 7, 2023).

4. Attached hereto as Exhibit 3 is a true and correct copy of the City of San Bernardino Adopted Budget for Fiscal Years 2023 and 2024. I accessed this document using the City's public website at https://sanbernardino.primegov.com/Portal/viewer?id=2854&type=2 (last visited Aug. 7, 2023).

5. Attached hereto as Exhibit 4 is a true and correct copy of the U.S. Interagency Council on Homelessness (USICH) "7 Principles for Addressing Encampments." I accessed this document from USICH's public website at https://www.usich.gov/tools-for-action/7-principles-for-addressing-encampments/

(last visited Aug. 7, 2023).

6. Attached hereto as Exhibit 5 is a true and correct copy of the National Weather Service's data on weather conditions for San Bernardino Intl. Airport on August 6, 2023. This information was printed from the National Weather Service's website at https://www.weather.gov/wrh/timeseries?site=KSBD on August 6, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of the National Weather Service's forecast of weather conditions for San Bernardino Intl. Airport during the week of August 6, 2023. This information was printed from the National Weather Service's website at https://forecast.weather.gov/MapClick.php?lat=34.095361111000045&lon=-117.23488888899999 on August 8, 2023.

8. I was counsel for Damian Castanon. Attached hereto as Exhibit 7 is a true and correct copy of a Settlement and Release Agreement dated August 17, 2022, between Damian Castanon and the City of San Bernardino.

9. Attached hereto as Exhibit 8 is a true and correct copy of the article Qi, D., Abri, K., Mukherjee, M.R. et al., Health Impact of Street Sweeps from the Perspective of Healthcare Providers, J GEN INTERN MED 37, 3707–3714 (2022). I accessed this document from https://pubmed.ncbi.nlm.nih.gov/35296981/ (last visited Aug. 8, 2023).

3

DECLARATION OF CATHERINE ROGERS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
Case No. 5:23-cv-01539 TJH (KKx)

1  I declare under penalty of perjury under the law of the United States of America that
2  the foregoing is true and correct.
3  Executed this 9th day of August 2023 in Los Angeles, California

_____
Catherine Rogers

4
DECLARATION OF CATHERINE ROGERS IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
Case No. 5:23-cv-01539 TJH (KKx)