1  Brittany Rogers (SBN 274432)
2  brogers@omm.com
   Nancy Lynn Schroeder (SBN 280207)
3  nschroeder@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street, 18th Floor
5  Los Angeles, CA 90071
6  P: (213) 430-6000 | F: (213) 430-6407

7  [Additional Counsel listed in Signature Page]

8  *Counsel for Plaintiffs*
9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br><br>JAMES TYSON, LENKA JOHN, and NOEL HARNER, individuals; SOCAL TRASH ARMY, an unincorporated association,<br><br>            Plaintiffs,<br><br>  v.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>           Defendants. | Case No. 5:23-cv-01539 TJH (KKx)<br><br>**PLAINTIFFS' NOTICE OF FACT DEVELOPMENT REGARDING PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION (DKT. 47)** |

1  On September 1, 2023, Plaintiffs filed their Reply In Support of their Motion for Preliminary Injunction, Dkt. 47.  In footnote 5 on page 5, counsel informed the Court that individual Plaintiff Noel Harner's "location has changed since the filing of the Motion, but Mr. Harner remains homeless."  Dkt. 47 at 5 n.5.  Notice is hereby given that Mr. Harner has now obtained access to permanent housing.

Dated: September 21, 2023

Respectfully submitted,
O'MELVENY & MYERS, LLP

/s/ Brittany Rogers
Brittany Rogers (SBN 274432)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000 | F: (213) 430-6407

Cameron Westin (SBN 290999)
cwestin@omm.com
Bo Moon (SBN 268481)
bmoon@omm.com
O'MELVENY AND MYERS, LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
P: (949) 823-6900 | F: (949) 823-6994

Catherine Rogers (SBN 315607)
krogers@aclusocal.org
Adrienna Wong (SBN 282026)
awong@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th St.
Los Angeles, California 90017
P: (213) 977-5232

Brooke Weitzman (SBN 301037)
bweitzman@eldrcenter.org
Allison Greenberg (SBN 347106)
agreenberg@eldrcenter.org

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ELDER LAW AND DISABILITY RIGHTS CENTER
1535 17th St #110
Santa Ana, CA 92705
P: (714) 617-5353

-3-

NOTICE OF FACT DEVELOPMENT
REGARDING DOCKET NO. 47
5:23-CV-01539 TJH (KKX)