Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000 | F: (213) 430-6407
[Additional Counsel listed in Signature Page]
*Counsel for Plaintiffs*

RICHARD T. EGGER, Bar No. 162581
richard.egger@bbklaw.com
GREGG W. KETTLES, Bar No. 170640
gregg.kettles@bbklaw.com
ANDREW G. SAGHIAN, Bar No. 316680
andrew.saghian@bbklaw.com
CHRISTINA ABBATE, Bar No. 348276
christina.abbate@bbklaw.com
BEST BEST & KRIEGER LLP
2855 E. Guasti Road Suite 400 Ontario,
California 91761
P: (909) 989-8584 F: (909) 944-1441
*Counsel for Defendant*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, CHARLES CLAYTON, MELISSA JONES, individuals; SOCAL TRASH ARMY, an unincorporated association,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>　　　　　　　Defendants. | Case No. 5:23-cv-01539 TJH (SHKx)<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL**<br><br>Hon. Terry J. Hatter, Jr. |

Plaintiffs James Tyson, Lenka John, Noel Harner, and SoCal Trash Army filed the above-captioned lawsuit ("Lawsuit") against the City of San Bernardino ("Defendant" or "City") on August 2, 2023; Plaintiffs Charles Clayton and Melissa Jones joined the Lawsuit on February 20, 2024, via the filing of the First Supplemental Complaint (Dkt. 65-1) (together, the individual plaintiffs and the organizational plaintiff are referred to as "Plaintiffs"; all parties are referred to as "Parties"). Plaintiffs alleged that Defendant summarily seized and destroyed personal property in violation of the Fourth and Fourteenth Amendments and failed to provide reasonable disability accommodations in Defendant's programs, services, and activities related to the removal of homeless encampments, in violation of federal disability laws. Defendants denied all material allegations in the Lawsuit.

WHEREAS, on January 12, 2024, this Court preliminarily enjoined the City, and its employees, agents and contractors, from conducting any operations involving or related to the removal of unhoused people and/or their attended and/or unattended personal property from parks and other publicly accessible locations in the City, pending a final resolution of this case or further order of the Court. Dkt. 63 ("the Preliminary Injunction"). On July 24, 2024, the Court denied the City's motion to vacate or, in the alternative, to modify the Preliminary Injunction. Dkt. 109.

WHEREAS, on June 15, 2024, pursuant to the Court's requirements, the Parties engaged in Alternate Dispute Resolution (ADR) with a private mediator. Following mediation, the Court granted the Parties' Joint Stipulation to Stay All Proceedings Through July 8, 2024, to allow the Parties to continue their mediation discussions. Dkt. 105. The Court granted the Parties' subsequent Second and Third Joint Stipulations to Extend the Stay Through August 5, 2024, and Continue the Final Pretrial Conference. Dkt. 107, 110.

WHEREAS, the Parties subsequently reached a resolution to the disputed claims in the Lawsuit. A copy of the executed Agreement Resolving Dispute

("Agreement") is attached hereto as Exhibit A, the terms of which are expressly incorporated herein by reference, including all attachments to the Agreement.

WHEREAS, the Parties, through their respective counsel, respectfully request and consent to have Magistrate Judge Shashi H. Kewalramani of the United States District Court, Central District of California (or, in the event of his unavailability, another mutually agreeable Magistrate Judge on the Central District of California's Voluntary Consent List), retain jurisdiction to resolve any future disputes regarding the interpretation, performance, or enforcement of the attached Agreement for a period of three (3) years, and upon doing so, dismiss this action with prejudice. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381 (1994); *Flanagan v. Arnaiz*, 143 F.3d 540, 544 (9th Cir. 1998).

IT IS HEREBY STIPULATED, by and between all parties to this action, through their respective counsel, that they jointly request that the Court dissolve the Preliminary Injunction in its entirety, and that the Lawsuit is hereby voluntarily dismissed with prejudice, subject to the Court's jurisdiction as stated above regarding the interpretation, performance, or enforcement of the attached Agreement for a period of three (3) years.

Dated: September 13, 2024            Respectfully Submitted,

O'MELVENY & MYERS, LLP

By: /s/ Brittany Rogers
Brittany Rogers, Attorney for Plaintiffs

|   |   |
|---|---|
| 1 | ACLU OF SOUTHERN CALIFORNIA |
| 2 |   |
| 3 | By: */s/ Catherine Rogers* |
| 4 | Catherine Rogers, Attorney for Plaintiffs |
| 5 |   |
| 6 | ELDER LAW AND DISABILITY |
| 7 | RIGHTS CENTER |
| 8 |   |
| 9 | By: */s/ Brooke Weitzman* |
| 10 | Brooke Weitzman, Attorney for Plaintiffs |
| 11 |   |
| 12 | BEST BEST & KRIEGER LLP |
| 13 |   |
| 14 | By: */s/ Richard T. Egger* |
| 15 | Richard T. Egger, Attorney for Defendant |

-3-

JOINT STIPULATION AND REQUEST FOR DISMISSAL
5:23-CV-01539 TJH (SHKx)

# **CERTIFICATE OF ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed concur in this filing's content and have authorized this filing.

                                     */s/ Brittany Rogers*
                                     Brittany Rogers