Brittany Rogers (SBN 274432)
brogers@omm.com
Nancy Lynn Schroeder (SBN 280207)
nschroeder@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
P: (213) 430-6000 | F: (213) 430-6407
[Additional Counsel listed in Signature Page]
*Counsel for Plaintiffs*

RICHARD T. EGGER, Bar No. 162581
richard.egger@bbklaw.com
GREGG W. KETTLES, Bar No. 170640
gregg.kettles@bbklaw.com
ANDREW G. SAGHIAN, Bar No. 316680
andrew.saghian@bbklaw.com
CHRISTINA ABBATE, Bar No. 348276
christina.abbate@bbklaw.com
BEST BEST & KRIEGER LLP
2855 E. Guasti Road Suite 400 Ontario,
California 91761
P: (909) 989-8584 F: (909) 944-1441
*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYSON, LENKA JOHN, and NOEL HARNER, CHARLES CLAYTON, MELISSA JONES, individuals; SOCAL TRASH ARMY, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN BERNARDINO, a municipal entity; DOES 1-20,<br><br>Defendants. | Case No. 5:23-cv-01539 TJH (SHKx)<br><br>**ORDER OF DISMISSAL**<br>**[116]**<br><br>Hon. Terry J. Hatter, Jr. |

Having reviewed the Corrected Joint Stipulation and Request for Dismissal ("Stipulation"), pursuant to Federal Rule of Civil Procedure 41(a)(2) and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The Preliminary Injunction entered on January 12, 2024 in the above-captioned lawsuit (Dkt. 63) is hereby dissolved in its entirety.

2. The Court expressly incorporates all the terms of the Agreement, attached hereto as Exhibit A, into this Order, including all non-monetary terms and the terms of the Exhibits attached to the Agreement which are also incorporated by reference, and hereby ORDERS the Parties to comply with all terms of the Agreement and any further orders from this Court in this matter.

3. By entering this Order and incorporating the terms of the Agreement, as agreed to by the parties, this Court (a) approves the Parties' written consent to proceed before Magistrate Judge Shashi H. Kewalramani (or, in the event of his unavailability, another United States Magistrate Judge on the Central District of California's Voluntary Consent List that the Parties Agree to), and (b) Magistrate Judge Shashi H. Kewalramani expressly retains jurisdiction for a period of three (3) years from the date of this Order to enforce the Agreement and to resolve any future disputes regarding interpretation, performance, or enforcement of the Agreement, including and expressly, the non-monetary terms set forth in the Agreement and its Exhibits, as agreed to by the Parties as a condition of resolving their disputes. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381 (1994); *Flanagan v. Arnaiz*, 143 F.3d 540, 544 (9th Cir. 1998).

4. For the period of three (3) years from the date of this Order, the Parties shall comply with the Dispute Resolution procedures in the Agreement to address any disputes related to the Agreement.

5. Except as provided otherwise in the Agreement, each side shall bear their own fees and costs in this Lawsuit.

6. This Lawsuit is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: OCTOBER 29, 2024

_____
The Honorable Terry J. Hatter, Jr.
United States District Judge